UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICTOR KEEYLEN, | ) |
|                 Plaintiff, | ) |
|                 v. | ) No. 1:18-cv-02395-JPH-DLP |
| PAUL TALBOT, CORIZON MEDICAL SERVICES, WEXFORD OF INDIANA, LLC, JERRY GILLEY, CAROLYN MYERS, SAMANTHA ALBERSON, Mrs. LAFLOWERS, DANIELLE THOMPSON, REBECCA DAVIS, JONATHAN GRIMES, DALE PLUMBER, | ) |
|                 Defendants. | ) |

**ORDER**

The plaintiff's motions for leave to file an amended civil rights complaint if this action does not settle, dkts [313] and [315], are **denied.**

"The Supreme Court has interpreted [Rule 15(a)(2)] to require a district court to allow amendment unless there is a good reason—futility, undue delay, undue prejudice, or bad faith—for denying leave to amend." *Life Plans, Inc. v. Sec. Life of Denver Ins. Co.,* 800 F.3d 343, 357–58 (7th Cir. 2015) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). In this case, the filing of an amended complaint to assert new claims based on the Equal Protection Clause of the Fourteenth Amendment would result in undue delay.

This case was filed in 2018, the discovery deadline was December 8, 2020, and the dispositive motion deadline is January 8, 2021 (as to all but Defendant Dale Plumber). See dkts 234 and 285.

**SO ORDERED.**

Date: 12/30/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

VICTOR KEEYLEN
950970
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel